IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** § § § | |
| **Plaintiff,** § § | |
| v. § § | **CASE NO. 8:10-CV-02749-T-33TBM** |
| **AGENOR AUGUSTIN, EDWARD J. AUGUSTIN, JEAN LESLY RAYMONVIL, NATASHA AUGUSTIN, RONEGA N. AUGUSTIN, ROMANIE N. AUGUSTIN,** § § § § § § | |
| **Defendants.** § | |

## ORDER

THIS CAUSE having come before the Court, and the Court having reviewed the file and being otherwise fully apprised in the premises:

1. The Motion for Interpleader (Doc. # 11) filed by Metropolitan Life Insurance Company ("MetLife") is **GRANTED**.

2. MetLife is directed to deposit into the Registry of the Court the life insurance benefits in the amount of Twenty-Nine Thousand Dollars ($29,000.00) at issue in this case, payable under the Florida Institute for Long Term Care, LLC Group Life Insurance Plan (the "Plan"), an employee welfare benefit plan regulated by Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1001, *et seq.,* and sponsored by Florida Institute for Long Term Care, LLC. The life insurance benefits in the amount of Twenty-Nine Thousand Dollars ($29,000.00), plus any applicable interest (the "Plan Benefits"), became payable as a consequence of the death of Yvrose A. Augustin, and shall be deposited within thirty (30) days of this Order.

{O1635517;1}

3. Upon deposit of the Plan Benefits, into the Registry of the Court, MetLife shall be dismissed from this action with prejudice, and MetLife, the Plan, and Florida Institute for Long Term Care, LLC will be discharged from any and all liability to Counterclaim Defendants, and their heirs, successors, assigns, and/or anyone claiming through them, for any claim, demand, action or cause of action arising out of or in any way connected with the Plan Benefits.

4. Defendants and their heirs, successors, and assigns, are enjoined and restrained from instituting or prosecuting any action or proceeding in any state or United States court against MetLife, the Plan, and Florida Institute for Long Term Care, LLC, and/or their affiliates or successors, for the recovery of the Plan Benefits.

5. MetLife will bear its own costs and fees to date, and each other party, and their heirs, successors, and assigns, shall bear their own costs and fees as to any claim against MetLife.

6. It is further ordered that the proceedings in this matter are stayed through and including June 30, 2011, at which time minor defendant, Edward Augustin, reaches the age of majority and can represent his own interest in this action in relation to the Plan Benefits.

**DONE and ORDERED**, this 4th day of March, 2011, in Chambers at Tampa, Florida.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE